IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EDDIE JAMES WOULARD                                                      PETITIONER

VS.                                                         CIVIL ACTION NO. 4:07CV14 DPJ-JCS

JACQUELINE BANKS                                                        RESPONDENT

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 10th day of July, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE